**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7146**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

    v.

ROCKY DOUGLAS IDLEMAN,

    Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John Preston Bailey, District Judge.  (2:17-cr-00015-JPB-MJA-2)

Submitted:  June 22, 2023                        Decided:  June 26, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rocky Douglas Idleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rocky Douglas Idleman appeals the district court's order denying his motions for compassionate release and for a reduction in sentence.  We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard).  Accordingly, we affirm the district court's order.  *United States v. Idleman*, No. 2:17-cr-00015-JPB-MJA-2 (N.D.W. Va., Sept. 8, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
